CURTIS, Respondent, v. JEBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Harlow C. Curtis against William T. Jebb. No opinion. Judgment and order affirmed, with costs.

DAGOSTINO, Respondent, v. LEONARD MOODY REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Vincenzo Dagostino against the Leonard Moody Real Estate Company. No opinion. Motion denied, with $10 costs.

DANGLER, Respondent, v. DANGLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Kate Dangler against Morris Dangler. No opinion. Motion denied, on condition that the defendant pay $10 costs, perfect his appeal within five days, place the same upon the calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

DANIELE, Appellant, v. BELLISSIMO, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Nicola Daniele against Domenico Bellissimo. With this case has been consolidated in this court cases bearing titles as follows: Margaret Stevens, Appellant, v. J. N. Adam & Co., Respondent; United Vaudeville Co., Respondent, v. Henry C. Zeller et al., Appellants; Lee Jackson, Respondent, v. Edward A. Perkins, Appellant; Buffalo Savings Bank, Appellant, v. George Hunt et al., Respondents. No opinions. The above cases, having been twice reached in their regular order and passed, are dismissed, with costs, under general rule No. 39.

DARCY, Appellant, v. PRESBYTERIAN HOSPITAL IN CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Jane Darcy against the Presbyterian Hospital in the City of New York. C. Norwood, for appellant. R. Thorne, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Darcy v. Presbyterian Hospital, 130 App. Div. 496, 114 N. Y. Supp. 1052. Order filed.

DE BAW v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Thomas De Baw against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DENIER, Appellant, v. BONEWUR, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Simon Denier against Solomon Bonewur. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 577, 119 N. Y. Supp. 313.

DIMEO, Appellant, v. STATEN ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Vincenzo Dimeo, as administrator, etc., of Giovanni Paparone, deceased, against the Staten Island Railroad Company. No opinion. Order setting aside verdict and granting new trial unanimously affirmed, with costs.

DINCIN, Appellant, v. COLCORD, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Isaac Dincin against Samuel Colcord. N April, for appellant. C. E. Travis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N Y. Supp. 1140.

DIX et al., Appellants, v. NASSAU ELECTRIC R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Almira T. Dix and others against the Nassau Electric Railroad Company and another. No opinion. Judgment affirmed, with costs.

DONOVAN, Respondent, v. HAGGERTY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Patrick J. Donovan, as administrator, etc., against Daniel Haggerty, and the Richmond County Savings Bank. No opinion. Judgment affirmed, with costs.

DOODY, Appellant, v. DUNDON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by John Doody against Michael Dundon. No opinion. Judgment affirmed, with costs.

DOPPMANN, Appellant, v. MULLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Otto M. Doppmann against Charles Muller, as committee, etc., and another. No opinion. Judgment (114 N. Y. Supp. 620) affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term.

DOUBLEDAY, PAGE & CO. v. SHUMAKER. GARRETSON v. STANDARD MILK FLOUR CO. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Actions by Doubleday, Page & Co. against Frank W. Shumaker and by Percival Garretson against the Standard Milk Flour Company. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 134 App. Div. 970, 119 N. Y. Supp. 1123.

DRAYTON v. BATES. SAME v. FRANCO AMERICAN FERMENT CO. THOMPSON v. BROOKSIDE REALTY CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by J. Coleman Drayton against Wilbur M. Bates; by the same